IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01656-MSK-MEH

RITA TAFOYA,
JESSIE BLAYLOCK,
AMY DETTMAN,
TERRY HOLTZ,
LISA DUGGER,
ARLENE VIVENS, and
LOUIS VIGIL, JR.,

       Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN,
TRACY HUIRAS, and
DAVID BARTCH,

       Defendants.

---

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN EVIDENTIARY HEARINGS AND TRIALS

---

IT IS ORDERED that, as to any exhibits and depositions used during evidentiary hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its copy of the exhibits for the same time period after which the documents will be destroyed.

DATED this 17th day of September, 2008.

                              **BY THE COURT:**

                              _/s/ Marcia S. Krieger_

                              Marcia S. Krieger
                              United States District Judge